UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SAVVA DELIYANNIDES, FRED RAMOS, FAITH PRITCHARD, on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

VIMEO.COM, INC.,

Defendants.

Case No. 1:26-cv-01915

Honorable John Robert Blakey

# MOTION TO COMPEL ARBITRATION

Defendant Vimeo.com, Inc. hereby moves to compel arbitration and stay this case pursuant to 9 U.S.C. §§ 3-4 for the reasons set forth in the accompanying memorandum.

Dated: May 14, 2026

Respectfully submitted,

By: *<u>/s/ Matthew L. Kutcher</u>*
Matthew L. Kutcher (6275320)
Tiana Demas (6348680)
Jamie D. Robertson (6345890)
COOLEY LLP
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Tel.: (312) 881-6500
mkutcher@cooley.com
tdemas@cooley.com
jdrobertson@cooley.com

Alexander J. Kasner (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
akasner@cooley.com

*Attorneys for Vimeo.com, Inc.*