UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SAVVA DELIYANNIDES, FRED RAMOS, FAITH PRITCHARD, on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

VIMEO.COM, INC.,

Defendants.

Case No. 1:26-cv-01915

Honorable John Robert Blakey

**NOTICE OF MOTION TO COMPEL ARBITRATION**

PLEASE TAKE NOTICE that on Wednesday, May 20, 2026 at 11:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge John Robert Blakey or any judge sitting in his stead, in Courtroom 1203 of 219 S. Dearborn St., Chicago, IL 60604. Counsel for Vimeo.com, Inc. shall at said time present the **MOTION TO COMPEL ARBITRATION.**

Dated: May 14, 2026

Respectfully submitted,

By: *<u>/s/ Matthew L. Kutcher</u>*
Matthew L. Kutcher (6275320)
Tiana Demas (6348680)
Jamie D. Robertson (6345890)
COOLEY LLP
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Tel.: (312) 881-6500
mkutcher@cooley.com
tdemas@cooley.com
jdrobertson@cooley.com

Alexander J. Kasner (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
akasner@cooley.com

*Attorneys for Vimeo.com, Inc.*