UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAVVA DELIYANNIDES, FRED RAMOS, FAITH PRITCHARD, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIMEO.COM, INC.,<br><br>Defendants. | Case No. 1:26-cv-01915<br><br>Honorable John Robert Blakey |

**MOTION TO DISMISS**
**PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2) AND 12(b)(6)**

Defendant Vimeo.com, Inc. hereby moves to dismiss this case pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) for the reasons set forth in the accompanying memorandum.

Dated: May 14, 2026

Respectfully submitted,

By: *<u>/s/ Matthew L. Kutcher</u>*

Matthew L. Kutcher (6275320)
Tiana Demas (6348680)
Jamie D. Robertson (6345890)
COOLEY LLP
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Tel.: (312) 881-6500
mkutcher@cooley.com
tdemas@cooleyc.om
jdrobertson@cooley.com

Alexander J. Kasner (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
akasner@cooley.com

*Attorneys for Vimeo.com, Inc.*