**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Savva Deliyannides, et al.
Plaintiff,
v.
Vimeo.com, Inc.
Defendant.

Case No.: 1:26−cv−01915
Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 19, 2026:

MINUTE entry before the Honorable John Robert Blakey: Plaintiff shall respond to both the motion to compel arbitration [25] and the motion to dismiss [27] by 6/15/26, and Defendant shall file any reply briefs by 7/6/26. The 5/20/26 Notice of Motion date is stricken as to both motions [25], [27]. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.